UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LAURENT E. WANNER,<br><br>                    Defendant. | Case No:  C 12-4156 SBA<br>**ORDER OF REFERENCE**<br>Docket 9, 16 |

IT IS HEREBY ORDERED THAT:

1.      In accordance with Civil Local Rule 72-1, Plaintiff's motion for default judgment (Dkt. 9) is REFERRED to the Chief Magistrate Judge or her designee for a report and recommendation.  The December 4, 2012 hearing date is VACATED and Plaintiff's motion to appear at the hearing by telephone (Dkt. 16) is DENIED as moot.  The new hearing date will determined by the assigned Magistrate Judge.

2.      If no objection has been filed in response to the report and recommendation within the applicable deadline, Plaintiff shall notify the Court in writing that the report and recommendation has been issued and that no objections have been received.

3.      This Order terminates Docket 16.

IT IS SO ORDERED.

Dated: November 29, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge