UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>           Plaintiff,<br><br>     vs.<br><br>LAURENT E. WANNER,<br><br>           Defendant. | Case No:  C 12-4156 SBA<br><br>**ORDER VACATING REFERENCE** |

IT IS HEREBY ORDERED THAT the reference set forth in the Court's order of November 30, 2012 (Dkt. 18) is VACATED.

IT IS SO ORDERED.

Dated: December 6, 2012

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge