1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

HICA EDUCATION LOAN
CORPORATION,

             Plaintiff,

    vs.

LAURENT E. WANNER,

             Defendant.

Case No:  C 12-4156 SBA

**ORDER VACATING REFERENCE**

     IT IS HEREBY ORDERED THAT the reference set forth in the Court's order of

November 30, 2012 (Dkt. 18) is VACATED.

     IT IS SO ORDERED.

Dated: December 6, 2012

SAUNDRA BROWN ARMSTRONG
United States District Judge