UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>LAURENT E. WANNER,<br><br>            Defendant. | Case No.: 4:12-cv-04156-SBA (NJV)<br><br>**REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos.  11, 21, 22, 23 |

The undersigned previously recommended that the motion for default judgment filed by plaintiff HICA Education Loan Corp. (HICA) be granted if HICA satisfactorily proved up its damages.  *See* Doc. No. 11 (finding that subject matter and personal jurisdiction existed, that service of process was adequate, and that default judgment was appropriate under *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986)).  HICA did not object to the undersigned's report and recommendation, and provided the information that had been requested.  *See* Doc. No. 17 (Supp. Zimmermann Decl.).  In this supplemental filing, HICA satisfactorily explained how it calculated the "original principal amount" of the consolidation loan at issue, and confirmed that the $39,465.77 figure that HICA used in its motion for default judgment was the correct amount of defendant Laurent E. Wanner's original principal obligation to HICA.  *Id*. at ¶ 4; *see also* Doc. No. 22 at ¶ 7.  HICA further verified the total principal amount, and the amount of prejudgment interest HICA sought based on the original principal amount.  Doc. No. 17 at ¶ 4.  Finally, HICA identified the applicable post-judgment interest rate.  *Id*.

The district court adopted the undersigned's first report and recommendation (Doc. No. 21), and referred the action to the undersigned for a second report and recommendation on the amount of damages (Doc. No. 23).

For the reasons stated above and in Doc. No. 11, the undersigned recommends that judgment in favor of HICA and against Wanner be entered as follows:

(1) Unpaid principal in the amount of $40,046.58;

(2) Accrued unpaid interest through November 28, 2012 in the amount of $8,647.03;

(3) Accrued unpaid interest between November 29, 2012 and January 31, 2013 in the amount of $215.46;

(4) Accrued unpaid interest between February 1, 2013 and the date the district court enters judgment in the amount of $3.42 per day;

(5) Post-judgment interest at the variable rate agreed upon by the parties, to wit, "the ninety-one day U.S. Treasury Bill auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent." *See* Doc. No. 22 at ¶ 9. As of November 28, 2012, that rate was 3.125%, but will vary if the rate of the ninety-one day U.S. Treasury Bill fluctuates.

Any party may file objections to this report and recommendation with the district court within fourteen (14) days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(B) & (C); Fed. R Civ. Proc. 72(b); Civil L.R. 72-3. Failure to file objections within the specified time may waive the right to appeal the court's order.

Dated: February 5, 2013

Nandor J. Vadas
United States Magistrate Judge